```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 28767
   DONALD PRICE
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-4484


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/24/2008 and was not confirmed.

     The case was dismissed without confirmation 12/03/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                              PAID        PAID
------------------------------------------------------------------------------
MERS INC                   MORTGAGE NOTI  NOT FILED              .00         .00
CARRINGTON MTG             MORTGAGE NOTI  NOT FILED              .00         .00
WYNDHAM VACATION RESORTS   SECURED NOT I    17956.95             .00         .00
WELLS FARGO BANK           MORTGAGE NOTI  NOT FILED              .00         .00
CARRINGTON MORTGAGE SERV   CURRENT MORTG        .00              .00         .00
CARRINGTON MORTGAGE SERV   SECURED NOT I    19937.74             .00         .00
WELLS FARGO HOME MORTGAG   CURRENT MORTG        .00              .00         .00
WELLS FARGO HOME MORTGAG   SECURED NOT I        .00              .00         .00
CHASE HOME FINANCE LLC     CURRENT MORTG        .00              .00         .00
CHASE HOME FINANCE LLC     SECURED NOT I    67333.18             .00         .00
PRO SE DEBTOR              DEBTOR ATTY          .00                          .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                         ---------------       ---------------
TOTALS                        .00                      .00




             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 28767 DONALD PRICE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                              /s/ Tom Vaughn

Dated: 03/05/09                _____
                                              TOM VAUGHN
                                              CHAPTER 13 TRUSTEE